*State, Respondent, v. Gonzalez, Petitioner,* No. 73849-1. Petition for review of a decision of the Court of Appeals, No. 20070-1-III, March 4, 2003, 116 Wn. App. 1001. *Denied* November 4, 2003.

*State, Respondent, v. Buckley, Petitioner,* No. 73850-5. Petition for review of a decision of the Court of Appeals, No. 49806-1-I, March 17, 2003, 116 Wn. App. 1015. *Denied* November 4, 2003.

*State, Respondent, v. Reed, Petitioner,* No. 73881-5. Petition for review of a decision of the Court of Appeals, No. 21028-6-III, March 13, 2003, 116 Wn. App. 418. *Denied* November 4, 2003.

*Gen. Motors Acceptance Corp., Respondent, v. Gibbs, Petitioner,* No. 73882-3. Petition for review of a decision of the Court of Appeals, No. 50785-1-I, February 10, 2003, 115 Wn. App. 1032. *Denied* November 4, 2003.

*Bassani, Petitioner, v. Grant County, Respondent,* No. 73883-1. Petition for review of a decision of the Court of Appeals, No. 21110-0-III, February 11, 2003, 115 Wn. App. 1034. *Denied* November 4, 2003.

*State, Respondent, v. Bateman, Petitioner,* No. 73884-0. Petition for review of a decision of the Court of Appeals, No. 20460-0-III, March 13, 2003, 116 Wn. App. 1018. *Denied* November 4, 2003.

*Burnham, Petitioner, v. Dep't of Soc. & Health Servs., Respondent,* No. 73885-8. Petition for review of a decision of the Court of Appeals, No. 28292-5-II, February 7, 2003, 115 Wn. App. 435. *Denied* November 4, 2003.

*State, Respondent, v. Esquivel, Petitioner,* No. 73886-6. Petition for review of a decision of the Court of Appeals, No. 20784-6-III, January 14, 2003, 115 Wn. App. 1007. *Denied* November 4, 2003.